# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| PHILIP WAYNE HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CARVANA, LLC | ) | Civil Action No. 3:22-cv-00455 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## REQUEST FOR FEE REFUND

Defendant, by counsel, respectfully submits this request for Fee Refund with respect to the $125 fee in Receipt No. AKYWDC-3653373.

When attempting to file a Motion to Appear Pro Hac Vice on September 7, 2022, counsel encountered a technical failure, and did not receive confirmation of filing.  Furthermore, this technical failure required the re-filing of the document, which is reflected in Receipt No. AKYWDC-3653402.  Based upon such facts, the Defendant respectfully seeks a refund of the fee for this duplicate filing.

September 7, 2022                                    Respectfully submitted,

                                                    /s/ *Thomas P. O'Brien III*
                                                    Thomas P. O'Brien III
                                                    FROST BROWN TODD LLC
                                                    400 West Market Street, 32nd Floor
                                                    Louisville, KY 40202-3363
                                                    Telephone: (502) 589-5400
                                                    Facsimile: (502) 581-1087
                                                    tobrien@fbtlaw.com

Robert C. Collins III (Illinois Bar No. 6304674)
(*Pro Hac Vice pending*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
robert.collins@lw.com

Renatta A. Gorski (Illinois Bar No. 6332737)
(*Pro Hac Vice pending*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
renatta.gorski@lw.com

Eric Leon (New York Bar No. 2626562)
(*Pro Hac Vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
eric.leon@lw.com

*Counsel for Defendant, Carvana, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's ECF system, on September 7, 2022.

James R. McKenzie, KBA 81957
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

James Hays Lawson, KBA 86930
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com

/s/ *Thomas P. O'Brien III*
*Counsel for Defendant, Carvana, LLC*

0149754.0760939   4877-9255-8641v1

3